Steven C. Lacy                                    The Honorable Lonny R. Suko
Lacy Kane, P.S.
455 6th St. NE
P.O. Box 7132
East Wenatchee, WA  98802
(509) 884-9541
fax:  (509) 884-4805


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON


CHERYL PETTY,                        )
                                     )
                  Plaintiff,         )        NO.   CV-08-3064-LRS
                                     )
        vs.                          )        ORDER  OF REMAND
                                     )        TO STATE COURT
FRITO-LAY, INC.,                     )
a Delaware Corporation,              )
                                     )
                  Defendant.         )
_____)


        THIS MATTER having come before the undersigned upon the stipulation of

the parties, Ct. Rec. 8, that this matter be remanded back to the Superior Court of

the State of Washington, in and for the County of Yakima, Cause No. 08-2-03608-

1.  The Court has reviewed the file, has been advised on the issues involved, and

ORDER  OF
REMAND TO STATE COURT
c9:petty-c.emp\pleadings\oortsc                    1

**LACY KANE, P.S.**
455 6th Street NE
P.O. Box 7132
East Wenatchee, WA 98802
(509) 884-9541 ◆ Fax: (509) 884-4805

concludes that no basis for the assertion of federal jurisdiction has been pleaded.

Accordingly,

IT IS HEREBY ORDERED that this matter be remanded to the Superior

Court of the State of Washington, in and for the County of Yakima, Cause No. 08-

2-03608-1.

DATED  this 15th day of December, 2008.

*s/Lonny R. Suko*

_____
LONNY R. SUKO
United States District Judge

ORDER  OF
REMAND TO STATE COURT
c9:petty-c.emp\pleadings\oortsc

2

**LACY KANE, P.S.**
455 6th Street NE
P.O. Box 7132
East Wenatchee, WA 98802
(509) 884-9541 ◆ Fax: (509) 884-4805

